Chata N. Holt, Esq.
Holt Law Group, LLC
100 S. Maryland Parkway. Suite 210N
Las Vegas, Nevada 89101
Telephone: (702) 674-6775
cholt@bankruptcylawyerlv.com
Nevada State Bar No. 12228
Attorney for Debtor,
*GREGORY PHILLIP ZAMORA*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

In Re:

GREGORY PHILLIP ZAMORA,

　　Debtor,

CASE NO.: 25-10797-MKN

Hearing Date: August 20, 2025
Hearing Time: **1:30 PM**

**AMENDED STIPULATION TO CONTINUE HEARING ON NEWREZ LLC dba**
**SHELLPOINT MORTGAGE SERVICING'S HEARING ON MOTION FOR RELIEF**
**FROM AUTOMATIC STAY**

This stipulation to continue Newrez LLC dba Shellpoint Mortgage Servicing's Hearing on Motion for Relief from Automatic Stay ("Motion"), currently set for August 20.2025, is made and entered into by and between Newrez LLC dba Shellpoint Mortgage Servicing ("Creditor") and Gregory Philip Zamora ("Debtor"), by and through their respective counsel of record and request that the above-referenced hearing be continued to a date not less than 30 days after the currently scheduled

1

date. The parties further stipulate to the continuation of the deadline for Debtor to file the Opposition to Motion to September 2, 2025.

The Stipulation is not being made of purposed of undue delay.

DATED this 20th day of August, 2025

HOLT LAW GROUP, LLC

/s/ Chata N. Holt, Esq._____
CHATA N. HOLT, ESQ.
100 S. Maryland Parkway, STE 210
Las Vegas, Nevada 89101
Attorney for Debtor

DATED this 20th day of August, 2025

MCCALLA RAYMER LEIBERT PIERCE, LLP

/s/_Charles L. Kennon, Esq.
CHARLES L. KENNON, ESQ.
1635 Village Center Circle, Suite 130
Las Vegas, Nevada 89134
Attorney for Creditor

**ORDER**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the hearing on Newrez LLC dba Shellpoint Mortgage Servicing Motion for Relief from Automatic Stay shall be continued to _____, _____ 2025 at _____ a.m./p.m.

DATED this _____ day of August, 2025.

Submitted By:

HOLT LAW GROUP, LLC

/s/ Chata N. Holt, Esq._____
CHATA N. HOLT, ESQ.
100 S. Maryland Parkway, STE 210
Las Vegas, Nevada 89101
Attorney for Debtor

3

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Holt Law Group and that on August 20, 2025, I served a true and correct copy of the foregoing document to all parties listed on the Court's e-service registry for this matter.

/s/ Keara Hughes
An Employee of Holt Law Group

August 18, 2025

**HOLT LAW GROUP, LLC**

/s/*Chata N. Holt, Esq.*
Chata N. Holt, Esq.
Nevada Bar No. 12228
100 S. Maryland Parkway, Suite 210N
Las Vegas, Nevada 89101
cholt@bankruptcylawyerlv.com
Attorney for Debtor,
*GREGORY PHILLIP ZAMORA*

4