Chata N. Holt, Esq.
Holt Law Group, LLC
100 S. Maryland Parkway. Suite 210N
Las Vegas, Nevada 89101
Telephone: (702) 674-6775
cholt@bankruptcylawyerlv.com
Nevada State Bar No. 12228
Attorney for Debtor,
*GREGORY PHILLIP ZAMORA*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

In Re:
 GREGORY PHILLIP ZAMORA,

  Debtor,

CASE NO.: 25-10797-MKN
CHAPTER 13

Hearing Date: October 8, 2025
Hearing Time: 1:30 pm

**STIPULATION TO CONTINUE HEARING ON NEWREZ, LLC dba SHELLPOINT**
**MORTGAGE SERVICING'S HEARING ON MOTION FOR RELIEF FROM**
**AUTOMATIC STAY**

   This stipulation to continue Newrez, LLC dba Shellpoint Mortgage Servicing's Hearing on Motion for Relief from Automatic Stay ("Motion"), currently set for October 8, 2025, is made and entered into by and between Newrez, LLC dba Shellpoint Mortgage Servicing and Gregory Phillip Zamora ("Debtor"), by and through their respective counsel of record and request that the above-referenced hearing be continued to a date after the Court makes its determination on Debtor's Ex Parte Motion for Voluntary Dismissal that was filed on September 20, 2025. As such, the parties further request that the hearing on the Motion be vacated in the event that the Court grants Debtor's Ex Parte Motion for Voluntary Dismissal.

///

///

1

This Stipulation is not being made for purpose of delay.

DATED: _10/1/2025_                          DATED: _10/1/2025_____

MCCALLA RAYMER LEIBERT PIERCE, LLP        HOLT LAW GROUP, LLC

_/s/Charles L. Kennon, Esq.___
CHARLES L, KENNON, ESQ.                   CHATA HOLT, ESQ.
1635 Village Center Circle, Suite 130      Nevada Bar No. 12228
Las Vegas, NV 89134                        Las Vegas, NV 89101
Attorney for Creditor                      Attorney for Debtor

October 1, 2025

Respectfully Submitted by:

**HOLT LAW GROUP, LLC**

/s/*Chata N. Holt, Esq.*
Chata N. Holt, Esq.
Nevada Bar No. 12228
100 S. Maryland Parkway, Suite 210N
Las Vegas, Nevada 89101
cholt@bankruptcylawyerlv.com
Attorney for Debtor,
*GREGORY PHILLIP ZAMORA*