

Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
October 08, 2025

Charles L. Kennon, NV Bar No. 7772
McCalla Raymer Leibert Pierce, LLP
1635 Village Center Circle, Suite 130
Las Vegas, NV 89134
Telephone: 725-253-2312
Charles.Kennon@mccalla.com
Attorney for Movant

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA, LAS VEGAS DIVISION

| In re: | Case No. 25-10797-mkn |
|---|---|
| **GREGORY PHILLIP ZAMORA** | Chapter 13 |
| | **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |
| | Hearing: <br> Date:  October 8, 2025 <br> Time: 1:30 pm |
| Debtor. | |

A Motion for Relief from the Automatic Stay (the "Motion") was noticed in the within matter and filed by Newrez LLC d/b/a Shellpoint Mortgage Servicing ("Movant"). A hearing on the above-referenced motion was held at the date, time and place set forth above. No one appeared by or for the Debtor. The motion proceeded by default. For the reasons set forth on the record and in the minutes of the proceedings, the Court hereby makes its Order as follows:

ORDER GRANTING MOTION
FOR RELIEF FROM AUTOMATIC STAY

1

OrdMfr_NV_0001

**IT IS HEREBY ORDERED:**

1.  This Order pertains to the real property commonly known as 9816 Miss Peach Avenue, Las Vegas, NV 89145 (the "Property").

2.  The stay of 11 U.S.C. § 362(a) is hereby terminated as to Debtor and Debtor's bankruptcy estate. Movant may enforce its remedies against the Property in accordance with applicable non-bankruptcy law.

3.  This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code.

4.  That the 14-day stay described by Bankruptcy Rule 4001(a)(4) is waived.

***

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____  The court has waived the requirement of approval under LR 9021(b)(1).

__X_____  No party appeared at the hearing or filed an objection to the motion.

_____  I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

_____  I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

*/s/ Charles L. Kennon*
Charles L. Kennon